NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TOBI GELLMAN, AS TRUSTEE OF THE MAYER MICHAEL LEBOWITZ TRUST,**
*Plaintiff-Appellant,*

v.

**TELULAR CORPORATION,**
*Defendant-Appellee,*

AND

**NAPCO SECURITY SYSTEMS, INC.,**
*Defendant-Appellee,*

AND

**VISONIC INC.,**
*Defendant-Appellee.*

---

2011-1196

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0282, Magistrate Judge Charles Everingham, IV.

---

**ON MOTION**

---

**O R D E R**

The appellees move for the court to find this appeal frivolous and to award damages and costs. Tobi Gellman responds.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred to the merits panel assigned to hear this case. Copies of this order, the motion, and the opposition shall be transmitted to the merits panel.

FOR THE COURT

AUG 2 6 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: John R. Mugno, Esq.
James P. Hanrath, Esq.
Thomas I. Ross, Esq.
Edward W. Goldstein, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 6 2011

JAN HORBALY
CLERK